## Leedom v. Philadelphia & Reading Railway Company, Appellant (No. 2).

OPINION BY ORLADY, J., February 27, 1913:

This appeal was heard with that of Lillian Leedom, by her next friend and father, against the same defendant. A separate appeal being taken, the judgment in this case is affirmed for the reason given in No. 135, October Term, 1912, ante, p. 598.